**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reginald Anthony FALICE,
Defendant–Appellant.**

No. 01–6608.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Sept. 11, 2001.

Reginald Anthony Falice, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Reginald Anthony Falice appeals the district court's orders denying relief on his Fed.R.Civ.P. 60(b) motion, his 28 U.S.C.A. § 2255 (West Supp.2000) motion, and his motion to recuse the district court judge. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss as to the denial of Falice's § 2255 motion and affirm as to the remaining orders on the reasoning of the district court. *United States v. Falice*, No. CR–98–244 (W.D.N.C. Feb. 9, 2001; Apr. 17, 2001; April 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART, DISMISSED IN PART.*